```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 09706
   DANIEL G CAREY SR
   HOLLIE M CAREY                           CHAPTER 13

                                            JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-4669    SSN XXX-XX-7559


-----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/30/07 and confirmed on 08/23/07.

     2.  The case was dismissed after confirmation, 02/21/2008.

     3.  The Debtor paid a total of $   3880.00 .

     4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------
LITTON LOAN SERVICING IN  CURRENT MORTG          .00         .00           .00
LITTON LOAN SERVICING IN  MORTGAGE ARRE     36513.00         .00       1508.98
ILLINOIS DEPT REVENUE     PRIORITY               .00         .00           .00
ANDERSON FINANCIAL NETWO  UNSECURED        NOT FILED         .00           .00
CONSECO FINANCE           UNSECURED        NOT FILED         .00           .00
DEPENDON COLLECTION SERV  UNSECURED        NOT FILED         .00           .00
DEPENDON COLLECTION SERV  UNSECURED        NOT FILED         .00           .00
FIRST NORTHERN CREDIT UN  UNSECURED        NOT FILED         .00           .00
KCA FINANCIAL SERVICES    UNSECURED        NOT FILED         .00           .00
KCA FINANCIAL SERVICES    UNSECURED        NOT FILED         .00           .00
KOHLS                     UNSECURED        NOT FILED         .00           .00
THOMAS GUZZARDI MD        UNSECURED        NOT FILED         .00           .00
PRAIRIE VIEW ORTHODONTIC  UNSECURED        NOT FILED         .00           .00
PROVENA MERCY CENTER      UNSECURED        NOT FILED         .00           .00
GE MONEY BANK             UNSECURED            68.43         .00         68.43
GE MONEY BANK             UNSECURED            66.85         .00         66.85
         Summary of disbursements:
-----------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED     OTHER       TOTAL

TOTAL CLMS ALLOWED  36513.00         .00       135.28       .00     36648.28
PRINCIPAL PAID       1508.98         .00       135.28       .00      1644.26
INTEREST PAID            .00         .00           .00       .00          .00
TOTAL PAID           1508.98         .00       135.28       .00      1644.26
The Debtor's attorney, RUDDY MILROY & KING           , was allowed $   3500.00
and was paid $    3226.00   direct and $    274.00   through the plan.

The Trustee received $     95.35 .

Refunds to the Debtor totaled $    1866.39 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 05/20/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 09706 DANIEL G CAREY SR & HOLLIE M CAREY